IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-255-CV





RICHARD GALLOWAY, INDEPENDENT EXECUTOR OF THE ESTATE OF 


GEORGE R. GALLOWAY, DECEASED,



 APPELLANT


vs.





DANNY ENGLISH,



 APPELLEE



 




FROM THE COUNTY COURT AT LAW OF COMAL COUNTY



NO. 92CV-134, HONORABLE FRED CLARK, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: January 5, 1994

Do Not Publish